**Order entered February 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01211-CR

**GLENN RAYSHON PIERCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F11-70146-J

## ORDER

The Court **DENIES** appellant's motion for extension of time to file the brief as moot. On its own motion, the Court ordered the Clerk of the Court to file appellant's brief tendered on February 13, 2013.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE